IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GERARD DAVID McCREE, #203840, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:03cv1147-WHA |
| | ) | |
| WILLIE TURNER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #37), filed on April 26, 2006, together with the objections of the Plaintiff (Doc. #38), filed on May 8, 2006.

Upon a *de novo* review and independent evaluation of this case, the court finds the Plaintiff's objections to be without merit. For the most part, Plaintiff re-argues the claims presented in his Complaint. The Plaintiff's claims were fully discussed in the Recommendation. As the Magistrate Judge noted, any challenge the Plaintiff seeks to make with regard to the validity of the conviction he is presently serving must be presented in a habeas corpus action. With regard to the Plaintiff's contention that the Magistrate Judge did not address his pendent state law claims, the court agrees with the Magistrate Judge's opinion that these claims should be dismissed because of the resolution of the federal claims. The court finds, however, that, because of that finding, summary judgment should not be granted as to any state law claims, but those claims should be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3). With

that modification to the Recommendation, the objections are OVERRULED, the court ADOPTS the Recommendation of the Magistrate Judge, and it is hereby ORDERED as follows:

1. Defendant's Motion for Summary Judgment is GRANTED as to all federal claims, and those claims are DISMISSED with prejudice.

2. The court declines to exercise supplemental jurisdiction over the Plaintiff's state law claims, and those claims are DISMISSED without prejudice.

3. To the extent the Plaintiff seeks to challenge his murder conviction in this action, such claim is DISMISSED without prejudice.

4. Final Judgment will be entered in accordance with this order.

DONE this 16th day of May, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE